# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0576
Lower Tribunal No. 24-18289-FC-04
_____

**Melvin Gonzalez Lopez,**
Appellant,

vs.

**Sonia Martinez Vega,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Linda Melendez, Judge.

Hubbs Law, P.A., and E.J. Hubbs, for appellant.

The Demps Law Firm, PLLC, and Cornelius C. Demps (Wesley Chapel), for appellee.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.